UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

VERNON LAWSON,

        Defendant.
_____/

Case No.: 14-CR-20115

Honorable Gerald E. Rosen

## MOTION TO ADJOURN TRIAL DATE

Defendant **VERNON LAWSON**, through his attorney, James Gerometta of the Federal Defender Office, Detroit, Michigan moves this Honorable Court to enter an Order adjourning Defendant's trial. Defendant files a supporting Brief and further states that:

1) Defendant Lawson is charged with Conspiracy to Defraud the Government, in violation of 18 U.S.C. §286; and three counts of False Claims Against the United States, in violation of 18 U.S.C. §287.

2) Trial is scheduled to begin on February 16, 2016.

3) On February 8, 2016, Defendant Lawson received biopsy results that indicate he has colon cancer.

4) Defendant is in the process of scheduling followup test to determine his prognosis and course of treatment.

5) Defendant is facing a relatively lengthy prison sentence if convicted, as well as a serious medical diagnosis. An adjournment to allow Defendant the flexibility to schedule

1

the necessary followup test and to have some certainty regarding the next steps in his medical treatment before he begins trial is appropriate.

6)      Defendant requests that this Court adjourn Defendant's trial and schedule a status conference in two weeks to set future dates based on Defendant's medical information.

**WHEREFORE,** Defendant moves this Honorable Court to schedule a status conference in two weeks and set a new trial date at that time.

                                        Respectfully submitted,

                                        FEDERAL DEFENDER OFFICE

                                         s/James Gerometta

                                        Attorneys for Defendant
                                        613 Abbott, Fifth Floor
                                        Detroit, MI  48226
                                        james_gerometta@fd.org
                                        (313) 967-5839

Date: February 8, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

VERNON LAWSON,

          Defendant.
_____/

Case No.: 14-CR-20115

Honorable Gerald E. Rosen

**BRIEF IN SUPPORT OF MOTION TO ADJOURN TRIAL DATE**

## I.

Defendant Vernon Lawson faces trial on a four count indictment charging him with Conspiracy to Defraud the Government, in violation of 18 U.S.C. §286; and three counts of False Claims Against the United States, in violation of 18 U.S.C. §287. Defendant's trial is scheduled to begin on February 16, 2016. On February 8, 2016, Defendant received biopsy results which revealed he had colon cancer. Defendant is currently in the process of scheduling followup appointments to determine if the cancer has spread and what course of treatment is appropriate.

Because of the seriousness of the charges against Defendant and the uncertainty of his medical issues. Defendant is requesting an adjournment of his trial date so that he can determine what is the appropriate medical treatment before beginning trial. Defendant requests that the Court set a new trial date after holding a status conference when the parties have more information about Defendant's medical condition.[1]

---

[1] Defense counsel has requested medical documentation from Defendant's doctor. It will be forwarded to the Court as soon as it is available.

II.

For the above reasons, Defendant requests that this Court adjourn his trial date and set a status conference the week of February 22, 2016.

Respectfully submitted,

FEDERAL DEFENDER OFFICE

 s/James Gerometta

Attorneys for Defendant
613 Abbott, Fifth Floor
Detroit, MI  48226
james_gerometta@fd.org
(313) 967-5839

Date: February 8, 2016