UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,                CASE NO.  14-20115

v.                                    Hon. Gerald E. Rosen

VERNON LAWSON,
        Defendant.
_____/

**STIPULATION AND ORDER TO EXTEND TRIAL DATE**

NOW COME the above parties, by and through their respective counsel, and stipulate to adjourn the trial date so that Defendant can continue plea negotiations with the Government and undergo further medical testing regarding a preexisting serious health condition. Defendant's trial is adjourned until January 31, 2017.

**IT IS FURTHER STIPULATED AND AGREED** by the respective parties that the delay occasioned by this adjournment is excludable delay under the provisions of Title 18 U.S.C. § 3161(h)(7)(A) in that the ends of justice served by this delay outweigh the best interest of the public and the defendant in a speedy trial.

s/Craig Weier                            s/James R. Gerometta
United States Department of Justice     Federal Defender Office
Assistant U.S. Attorney                  613 Abbott St., 5th Floor
211 W. Fort Street, Suite 2001         Detroit, MI 48226-2522
Detroit, MI 48226                          (313) 967-5839
(313) 226-9100                             james_gerometta@fd.org
                                                 P60260

Dated: November 30, 2016

        **SO ORDERED.**

                                                 s/Gerald E. Rosen
                                                 Hon. Gerald E. Rosen
                                                 United States District Judge

Entered: November 30, 2016