UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,      Case No. 14-cr-20115

v.                             Judith E. Levy
                                United States District Judge

D-3 Vernon Lawson,

        Defendant.
_____/

## ORDER FOR PRODUCTION OF RECORDS

Upon Defendant's request, made orally before this Court on January 27, 2017,

It is hereby ORDERED that the Internal Revenue Service (IRS) produce any records of phone calls between the IRS and tax payer Vernon Lawson xxx-xx-2592 that occurred between August 31, 2007 and July 19, 2010. This request includes any recordings of phone calls between the IRS and tax payer. If any recordings of these phone calls were destroyed, the IRS should indicate the date of their destruction and the policy or procedure under which they were destroyed.

These records must be delivered by February 24, 2017 to counsel for Mr. Lawson: James Gerometta, 613 Abbott St., 5th Floor, Detroit, MI 48226.

IT IS SO ORDERED.

Dated: February 3, 2017         s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 3, 2017.

                                          s/Felicia M. Moses
                                          FELICIA M. MOSES
                                          Case Manager