PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

RAMSEY, Felicia

Crim. No. 14-CR-20115-04

On <u>November 17, 2015,</u> the above named was placed on Supervised Release for a period of <u>two</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/LaMisha J. Rice
*U.S. Probation Officer Assistant*
(313) 234-5401

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of March, 2017.

Honorable Judith E. Levy
*United States District Judge*