# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

               Plaintiff,        Case No. 14-cr-20115

v.                                  Judith E. Levy
                                    United States District Judge

D-3 Vernon Lawson,

               Defendant.

_____/

## ORDER SCHEDULING FINAL PRETRIAL CONFERENCE AND JURY TRIAL AND FINDING OF EXCLUDABLE DELAY

A pretrial conference was held on the record on March 29, 2017. At the conference, the Court determined that the above-captioned matter was ready to proceed to trial.

Accordingly, it is **ORDERED** that the jury trial in the above-captioned matter will begin on August 7, 2017 at 8:30 AM. The Court will not hold trial on August 11, 2017.

It is further **ORDERED** that a final pretrial conference will be scheduled for July 20, 2017 at 1:00 PM.

It is further **ORDERED** that motions *in limine* are to be filed on or before July 6, 2017.

It is further **ORDERED** that the period from March 29, 2017 to August 7, 2017 shall constitute excludable delay, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B). The Court finds that the ends of justice served by continuing the trial date outweigh the best interests of the public, and the continuance is appropriate to allow counsel to review discovery and prepare for trial. Accordingly, the period from March 29, 2017 to August 7, 2017 shall constitute excludable delay.

IT IS SO ORDERED.

Dated: March 30, 2017　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2017.

　　　　　　　　　　　　　　　　　s/Felicia M. Moses
　　　　　　　　　　　　　　　　　FELICIA M. MOSES
　　　　　　　　　　　　　　　　　Case Manager