9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

200 E. LIBERTY STREET, SUITE 300

ANN ARBOR, MI 48104



RECEIVED
JUL 13 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

JULY 10, 2017

RE:  Case No. 14-CR-20115 THE UNITED STATES vs. VERNON LAWSON

THE HONORABLE JUDGE JUDITH E. LEVY,

 Enclosed you'll find a copies of an letter (Attached herewith) which was served on Mr. James Gerometta, Attorney of Record for the Defendant In the above reference case. I have enclosed this copy for your review and ask that you do the same. I further ask that you retain this copy for further reference. I would like to further thank you in advance for your cooperation and understanding in this matter.

Thank you,

Lawson, Vernon

FILED
JUL 13 2017
CLERK'S OFFICE
DETROIT

Delivery Confirmation: USPS Registered Mail #   RB 937638419 US

Dated: 9th day of July, 2017 A.D.

James Gerometta, dba,
Attorney at Law
613 Abbott Street
Detroit, Michigan [48226]

RE: Letter Rogatory  -  Explicit Reservation of All Rights:  By SPECIAL DEPOSIT for the benefit of VERNON LAWSON

Re: USA vs. Vernon Lawson, Case No. 2:14-CR-20115

Dear Mr. Gerometta,

Please take note that I am claiming an interest relating to the property which is the subject of this action in rem. I am so situated that the disposition of the action may as practical matter impair or impede my ability to protect that interest, which is not adequately represented by existing parties. I accept the kind order of the United States District Court on 4th day of March, 2014 by James Gerometta's, for the Defendant. I accept this offer for value and am returning it with this notice to you. I now request that you escrow your BAR certificate during the course of this case, and serve as my counsel in the following manner and only in the following manner:

As there is no controversy in this matter. I do not want you to argue any facts or public issues as they apply to the Defendant. YOU ARE NOT AUTHORIZED TO FOSTER AN ARGUMENT OR TO JOIN AN ARGUMENT on my behalf or on behalf of the Defendant. You are not authorized to defend the Defendant.

For you to stay in honor, I want you to enter the notice into the record by filing it with the clerk of court and by reading it into the record in open court. This is notice that I have accepted for value and returned all public offers associated with this manner, and notice that I have made every effort to reach settlement through exchange of my exemption for adjustment and setoff of the public charges against the Defendant. Ask the judge to take mandatory judicial notice of the private agreement that has been reached through offer and acceptance. A copy of the relevant certificate is attached.

I want you to get a copy of the bond that bonds the charges in this matter. If there is no bond in the file, I will provide my bond in its stead.

You have requested an appearance bond at no cost to me so I can stay release on my own recognizance. When the bond has been issued, I will enter a plea of guilty to the facts for the Defendant. I will dispute any of the facts in this matter, but I do not agree to be held personally liable with no protection.

After acquiring the appearance bond, I authorize you to use my exemption to bring the accounting on this matter to closure. Request that the prosecuting write a check to close the account and release the bond to the Defendant.

Dated: 9th day of July, 2017 A.D.
Notice to Counselor
USA vs. Vernon Lawson, Case No. 2:14-CR-20115
Page 2

If for some reason my request for an appearance bond is dishonored, I want you to give notice of my intent to accept James Gerometta's bond for value and to use it to bond the charges using his bond as surety. Her signature is the only one on record as a responsible party.

If necessary, I also want you to give notice of my intent to accept Craig Allen Weier's bond for value and to use it to charge as Chapter 7 involuntary liquidation and start discovery under 11 USC 1126(b). If the dishonor is not cured within 72 hours, I want you to file the bankruptcy petition in the Federal Bankruptcy Court naming the Defendant as the Debtor and James Gerometta as a delinquent creditor, along with others who have already or may dishonor me. You are authorized to distribute B10 (Proof of Claim) forms to the dishonoring parties, should there be any at the next hearing. This bankruptcy discovery process will locate my remedy and release it to me through liquidation of the delinquent creditor's assets.

In the event you, as my fiduciary, dishonor me by not following my instructions, I request that you file a Mandatory Judicial Notice of your refusal with the court and file a written appearance in this case.

Thank you for your understanding and cooperation.

*Lawson: Vernon, Agent*
Lawson: Vernon, Agent

Delivery Confirmation: USPS Certified Mail # 70111570000333662278

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas  VERNON LAWSON         , of  WAYNE COUNTY              , by a bond
          (Name)                  (Place of Residence)
for the performance of U.S. Government Contract Number    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           ,
became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow

    in Account Number   Case No.. 14-Cr-20115                on deposit

   at UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
                      (Name of Financial Institution)

located at  231 W. LAFAYETTE BLVD, DETROIT, MICHIGAN 48226          , and
                  (Address of Financial Institution)

Whereas I,  LAWSON, VERNON                    , being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

   See Criminal Case # 14-Cr-20115
   See Optional Form 90
   See The National Bank Act 13 Stat. 99 Sections: 4,5,8,9,12,20,23,27,28,31,32,35,36,45,47,53,55
   See OTHER ATTACHMENTS
   See Certified Copy of HJR-192 June 5, 1933
and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to

US DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN    .
         (Name of Financial Institution)

[Date]  *July 10, 2017*      [Signature] *Lawson Vernon* NV
                                  Seal

AUTHORIZED FOR LOCAL REPRODUCTION        OPTIONAL FORM 91 (1-90)
                                          Prescribed by GSA-FAR (48 CFR) 53.228(o)

## RELEASE OF LIEN ON REAL PROPERTY

Whereas    __VERNON LAWSON__ , of __WAYNE COUNTY__ , by a bond
                (Name)                           (Place of Residence)

for the performance of U.S. Government Contract Number    __SS#; 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__ ,

became a surety for the complete and successful performance of said contract, which bond includes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property

See Optional Form 91: PERSONAL PROPERTY FROM ESCROW (Attached)
See ALL OTHER ATTACHMENTS
See Criminal Case # 14-Cr-20115

and recorded this pledge on    __US DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN__
                                                  (Name of Land Records)
in the    __231 W. LAFAYEETE BLVD, DETROIT__    of    __MICHIGAN__ ,
                   (Locality)                              (State)
and

Whereas, I,    __LAWSON, VERNON__ , being a duly
authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom,

and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned line.

[Date] *July 10, 2017*                                 [Signature] *Lawson, Vernon* NK
                                                                                          Seal

AUTHORIZED FOR LOCAL REPRODUCTION                                **OPTIONAL FORM 90** (REV. 1-90)
                                                                                         Prescribed by GSA-FAR (48CFR) 53.228 (n)

CONSTITUTION OF MICHIGAN



# CONSTITUTION OF MICHIGAN

## OF

## 1835

In convention, begun at the city of Detroit, on the second Monday of May, in the year one thousand eight hundred and thirty five:

**Preamble.**

We, the PEOPLE of the territory of Michigan, as established by the Act of Congress of the Eleventh day of January, in the year one thousand eight hundred and five, in conformity to the fifth article of the ordinance providing for the government of the territory of the United States, North West of the River Ohio, believing that the time has arrived when our present political condition ought to cease, and the right of self-government be asserted; and availing ourselves of that provision of the aforesaid ordinance of the congress of the United States of the thirteenth day of July, one thousand seven hundred and eighty-seven, and the acts of congress passed in accordance therewith, which entitle us to admission into the Union, upon a condition which has been fulfilled, do, by our delegates in convention assembled, mutually agree to form ourselves into a free and independent state, by the style and title of "The State of Michigan," and do ordain and establish the following constitution for the government of the same.

## ARTICLE I

## BILL OF RIGHTS

**Political power.**

First. All political power is inherent in the people.

**Right of the people.**

2. Government is instituted for the protection, security, and benefit of the people; and they have the right at all times to alter or reform the same, and to abolish one form of government and establish another, whenever the public good requires it.

**No exclusive privileges.**

3. No man or set of men are entitled to exclusive or separate privileges.

**Religious worship.**

4. Every person has a right to worship Almighty God according to the dictates of his own conscience; and no person can of right be compelled to attend, erect, or support, against his will, any place of religious worship, or pay any tithes, taxes or other rates, for the support of any minister of the gospel or teacher of religion.

**Support of religious societies; by state treasury prohibited**

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

# To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, **er** the seal of the National Archives of the United States, that the attached reproduction(s) is a true and **ct** copy of documents in his custody.

| SIGNATURE | |
|---|---|
| NAME<br>TREVOR K. PLANTE | DATE<br>10/26/16 |
| TITLE<br>CHIEF, ARCHIVES 1 REFERENCE SERVICES BRANCH | |
| NAME AND ADDRESS OF DEPOSITORY<br>The National Archives<br>Washington, D.C. 20408 | |

NA FORM 14007A (10-86)

To assure uniform value to the coins and currencies of the United States.

---

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United

LAWSON, VERNON
C/O 30715 NELSON CIRCLE
WESTLAND, MICHIGAN
[48186]

RECEIVED
JUL 17 2017
CLERKS OFFICE
U.S. DISTRICT COURT

RB 937 638 419 US

U.S. POSTAGE PAID
INKSTER, MI
48141
JUL 11 17
AMOUNT
$12.89
R2305K134387-07
48104

7-11-17 (VA)



THE HONORABLE JUDGE JUDITH E. LEVY
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
200 E. LIBERTY STREET, SUITE 300
ANN ARBOR, MICHIGAN
48104

9 x 12

5:14-cr-20115-JEL-LJM Doc # 127 Filed 07/13/17 Pg 9 of 9 Pg ID 816