**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                            CRIMINAL NO.: 14-20115

                Plaintiff,

-vs-                            HON. JUDITH E. LEVY


VERNON LAWSON, D-3,

                Defendant.

_____/

## COMBINED MOTION AND BRIEF TO WITHDRAW AS COUNSEL

The Federal Defendant Office moves this Court to enter an order allowing them to withdraw as counsel and states in support that:

1. On March 4, 2014, Defendant Vernon Lawson was indicted on five counts related to tax fraud.

2. After initially declining counsel, On June 10, 2014, the Federal Defender Office was appointed as standby counsel.

3. Over the last three years, the Federal Defender Office's role has evolved from standby counsel to trial counsel.

4. On June 13, 2017, Defendant filed a document with the Court asserting various rights and demanding that undersigned counsel escrow his bar certificate.

5. Based on this filing and subsequent discussions with the Defendant, a break down in the attorney client relationship has occurred.

6. Further, if the Federal Defender Office remains as standby counsel, there is a

danger of confusion regarding what role it played in trial preparation and, should

Defendant lose at trial, there could be potential ineffective assistance of counsel

claims based on this confusion.

7.     This Court should appoint new counsel and clearly define counsel's role.

For the above stated reasons, this Court should enter an order allowing the Federal

Defender Office to withdraw and appointing new counsel as either standby counsel or trial

counsel after the Court's questioning of Defendant regarding his intentions.

Respectfully Submitted,

FEDERAL DEFENDER OFFICE

s/James R. Gerometta
Attorney for Defendant
613 Abbot, 5th Floor
Detroit, MI 48226
(313) 967-5839
james_gerometta@fd.org
P60260

Date:  July 20, 2017