_____ SPACE ABOVE THIS LINE FOR RECORDER USES _____

Prepared by: Lawson: Vernon Jr       A ' SECURITY ' [15 U.S.C. et seq.]

Non-Negotiable - **Tracer Flag**

NOT A POINT OF LAW

# AFFIDAVIT OF

## OWNERSHIP OF CERTIFICATE OF LIVE BIRTH

## STATE OF MICHIGAN

## BIRTH NO. 196221-1-505728-157

## 196221-1-505730-157 & 196221-1-505729-157

## United States of America, DEPARTMENT OF STATE

## No. 17042884-1; 17042884-3 & 17042884-2

FILED JUL 20 2017 CLERK'S OFFICE DETROIT

| | |
|---|---|
| State of Michigan, | ) |
| | ) ss: Acknowledgement |
| County of Wayne, | ) |

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

NOTICE TO PRINCIPAL IS NOTICE TO AGENT

"Indeed, no more than (affidavits) is necessary to make the Prima

Facie case," in the nature of United States vs. Powell,

379 U.S. 48

Dated: 10th day of July, 2017 A.D.
Affidavit of Ownership of Certificate of Live Birth
State of Michigan Birth No. 196221-1-505728-157; 196221-1-505729-157 & 196221-1-505730-157
Page 2

That, I, Lawson: Vernon Jr, the undersigned, of lawful age and being first duly affirmed ; says and declare that I am familiar with the facts recited, and the party named in said birth certificate is the same party as one of the owners named in said certificate of title.

I declare under the penalty of perjury under the laws of the United States of America, the foregoing are true and correct and executed on this 15 day of ~~20 JUNE~~ July DG, 2017 A.D., without the United States.

Subscribed and affirmed to before me this 15 day of ~~JUNE~~ July DG, 2017 A.D.
Notary ~~Public~~ DG
Printed Name Devon E Green
My Commission Expires: 10/30/2023

By: Lawson: Vernon Jr
Lawson: Vernon Jr , Undersigned

DEVON E GREEN
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Comm. Exp. 10/30/2023
Acting in the County of Wayne
Date 7 / 15 / 17

17042884-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Michigan, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this tenth day of July, 2017.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2017 I mailed a copy of the foregoing documents to:

AUSA Craig A. Weier

211 W. Fort Street, Ste 2001

Detroit, Michigan 48226

Dated: July 15, 2017

By: *[signature]*

Lawson; Vernon Jr, Undersigned

UNITED STATES DISTRICT COURT CLERK

231 W. LAFAYETTE BLVD

DETROIT, MICHIGAN 48226

JULY 15, 2017

RE: Case No. 14-Cr-20115 THE UNNITED STATES vs. VERNON LAWSON

Dear Sir/Madam,

Enclosed you will find (2) copies of an AFFIDAVIT to be filed in the above reference case. All of the parties in said case have been served via USPS Mail and proof of service has been attached. I ask that you file one copy and return the other stamp dated back to me in the (SASE) that I've enclosed. I thank you in advance for your assistance in this matter.

Thank you,

*[signature: Lawson, Vernon]*

Delivery Confirmation: USPS Certified Mail # 70111570000300662681

VERNON LAWSON
30715 NELSON CIRCLE
WESTLAND, MICHIGAN
[48186]

Clerk Office U.S. District Court
231 W. Lafayette Blvd.
Detroit, Michigan
[48226]

RECEIVED
JUL 20 2017
CLERKOFFICE
DETROIT

7011 1570 0003 3366 2681





7-18-17 (mo)

U.S. POSTAGE PAID
INKSTER, MI
48141
JUL 18 17
AMOUNT
$4.75
R2305K134367-07

48226



9 x 12