Respond to:
Lawson: Vernon , dba,
VERNON LAWSON
c/o: 30715 Nelson Circle
Westland, Michigan [48186]



RECEIVED
OCT 24 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

In The
United States District Court
Eastern District of Michigan

Case No. 2:14Cr20115

FILED
OCT 24 2017
CLERK'S OFFICE
DETROIT

| | | |
|---|---|---|
| Lawson: Vernon, | : | EX PARTE; |
| Living 'natural ' man | : | ORDER TO THE COURT; |
| Alleged Beneficiary/Trustee | : | For the Revocation and Liquidation |
| -vs- | : | of the Social Security Trust |
| VERNON LAWSON  Social Security Trust | : | AND |
| AND | : | Then the liquidation of the Vernon Lawson |
| Vernon Lawson Cestui Que Trust | : | Cestui Que Trust |

I, Lawson: Vernon, the living individual; the Creator of the Original "Certificate of Live Birth" Trust known as the Vernon Lawson Cestui Que Trust. The living individual known as Vernon Lawson is also to be referred to as the Trustor/Trustee of the Vernon Lawson Trust and as such has Right to hereby declare the following actions be **EXECUTED**.

Dated: 14th day of October, 2017 A.D.
EX PARTE ORDER TO THE COURT – Vernon Lawson Trust
Case No. 2:14Cr20115
Page 2

FIRST PART:

1. The Second Trust which was setup from the Vernon Lawson Cestui Que Trust under Constructive Fraud and is known as the VERNON LAWSON Social Security Trust, with the Federal corporation being the Trustee and the living individual, Vernon Lawson was to be the Beneficiary.

2. Created by and as the Settlor/Grantor of the initial funding from asserts came from the Vernon Lawson Cestui Que Trust, under the direction of the soon to be trustees, the Federal Government Corporation, formed the VERNON LAWSON Social Security Trust.

3. The VERNON LAWSON Social Security Trust contract was never properly ratified only implied, proper consideration were never given, under SUPPRESSIO VERI the truth has been held in Concealment, and under SUGGESTIO FALSI the Trustees have made numerous statements of falsehoods about this Social Security Trust for their OWN UNJUST gain.

4. The living individual, Vernon Lawson has been a Sub-Funder of labor value into the VERNON LAWSON Social Security Trust account and at the same time is the named beneficiary but only after the age of 65, thereby being prevented from having lawful access to full labor funds.

5. The Living, individual, Vernon Lawson is hereby rejecting and terminating the Beneficiary part of the VERNON LAWSON Social Security Trust, therefore there is no longer a need for this Trust to be in existence.
It is hereby requested by the real Trustor/Settlor, that the UNITED STATES DISTRICT COURT Judge Judith E. Levy, should also prorate as the Protector of the Court and for the VERNON LAWSON Social Security Trust liquidation and the return of all required assets to the Vernon Lawson Cestui Que Trust. It is also required that the assets, labor value that was deposited into the VERNON LAWSON Social Security Trust – banking system and then held in the Trust account – it is approximately two hundred thirty-six million dollars in value, of the Living Individual Vernon Lawson by Right are to be returned under ACTIO DEPOSITI DIRECTA.

Dated: 14th day of October, 2017 A.D.
EX PARTE ORDER TO THE COURT – Vernon Lawson Trust
Case No. 2:14Cr20115
Page 3

Second Part:

6. The living individual, Vernon Lawson was the Creator of the Original "Certificate of Live Birth" Trust known as the Vernon Lawson Cestui Que Trust and that the US Bankruptcy Trustees were the Grantor/Settlor of the Trust. The Trust was setup as follows: the Trustor/Trustee is the Living individual, Vernon Lawson and the Federal/State corporations were to be the Beneficiaries.

7. The requirements of the Vernon Lawson Cestui Que Trust have been fulfilled and the Trust is to be Executed;
    1. First requirements was the initial time of 18 years as required by the US Bankruptcy Trustees, as the Grantor/Settlor of the Trust. That being completed the next point would be in that the maximum life of a Cestui Que Trust is limited to 25 years and with no contract renewal and is now operating only on the fact that no one has contested its operation
    2. Second, requirement falls under the completion of a citizen's obligation to the defense of the country. This has been met by the filing of a Selective Service Form and or the completion DD-214 government military form.
    3. Third, requirement is the Living individual, Vernon Lawson has also under civil law obtained FULL AGE, twenty-five years old as being of the Age of Legal Majority.

8. With the fulfillment of the above requirements it is also NOTED that the Living individual, Vernon Lawson has the Free and Clear Title to the property known as the earthly Living Body. NOTE: At this point in time, the Living individual, Vernon Lawson is now to be classified as a FULL DEJURE State Citizen and is not under the requirements of the Statutory laws. There can be and is no justified EQUITABLE TITLE claim by any of the Beneficiaries of the Vernon Lawson Cestui Que Trust, because the obligation has been fulfilled.

Dated: 14th day of October, 2017 A.D.
EX PARTE ORDER TO THE COURT – Vernon Lawson Trust
Case No. 2:14Cr20115
Page 4

9. Therefore, the Trustor/Trustee is hereby terminating the Beneficiaries of the Vernon Lawson Cestui Que Trust and taking control of the Equitable Title.

10. It is a hard and fast rule that is Trust Law the Trustees can't enjoy the benefits of the Trust property, nor can the beneficiaries exercise any real control (owner-ship) over the Trust property. Whenever a single individual holds both the Legal Title and the Equitable Title to Trust Property, the "Sub-Titles" are once again unified into a single "Perfect" Title. The Trust is said to be "Executed" and Ceases to Exist. So when the Beneficiaries have been terminated, both Titles will have been unified into a single "Perfect" Title.

11. At this point the Trustor/Trustee has determined to have all of the Assets of the Vernon Lawson Cestui Que Trust transferred into a new Express Trust under the same Vernon Lawson.

12. This has also been documented to the IRS through the filing of IRS forms 966 on both Trust. All assets (being stocks, physical or monetary) remaining in the Trust after settlement of the accounts are be to the direct control of the Living individual, Vernon Lawson, as the Creator/Trustor.

ORDER FOR THE COURT:

This Order is based on the facts of sound law and is also under the conclusive presumption of law.

Therefore, the ORDER is hereby given and concurred with the United States District Court Judge Judith E. Levy, that the United States District Court Chief Judge is to have the court contact all of the required parties from both Trusts to meet with Vernon Lawson, Trustor/Trustee and start the liquidation/Settlement process of these Two Trust matters within the next three (3) days.

Dated: _____

Dated: 14th day of October, 2017 A.D.
EX PARTE ORDER TO THE COURT – Vernon Lawson Trust
Case No. 2:14Cr20115
Page 5

*[signature]*

Lawson: Vernon, TRUSTOR/TRUSTEE

, Agent, Authorized Representative

c/o: 30715 Nelson Circle

Westland, Michigan  Republic

Near [48186]


DONE AND ORDERED in Chambers at UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN,

State of Michigan.

This _____ day of _____, 2017 A.D.


_____

, Judge



VERNON LAWSON
C/O 30715 NELSON CIRCLE
WESTLAND, MI 48186

U.S. MARSHALS

UNITED STATES DISTRICT COURT
JUDGE JUDITH E. LEVY
231 W. LAFAYETTE BLVD
DETROIT, MICHIGAN
48204
48226

10/17/17