**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 14-20115

v.

JOHNNIE DENHAM, JR. D-1,

        Defendant.

_____/

## ADDENDUM TO SENTENCING MEMORANDUM

      Your Honor, Mr. Denham will be sentenced by you on November 16, 2017 based upon his plea as set forth in the original Sentencing Memorandum.

      Mr. Denham was initially brought before the magistrate in late April 2014. Thus it has been three and a half years that he has been under the supervision of pretrial services.

      The undersigned spoke with Mr. Denham's pretrial services officer this week and was told that during his whole time under pretrial supervision, Mr. Denham was "exemplary" and that he has "nothing to say but good things about Mr. Denham".

      This Court should know that Mr. Denham, who has had sufficient time to prove his character, is, and has been, living the life of a model citizen and is very remorseful for his actions which brought him into this case.

        Respectfully Submitted,

        s/Patrick M. Cleary

        Patrick M. Cleary (P11962)
        Attorney for Defendant
        43494 Woodward Ave.
        Suite 203
        Bloomfield Hills, MI 48302
        (248) 335-7890
        pmclearyatlaw@aol.com

Date: October 29, 2017

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 14-20115

v.

JOHNNIE DENHAM, JR.  D-1,

        Defendant.

_____/

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that on October 29, 2017 I did electronically file with the Clerk of the Court using the ECF system the following: Addendum to Sentencing Memorandum and Certificate of Service and that the ECF system will send notification of such filing to all counsel of record.

                                                      s/Patrick M. Cleary

                                                      Patrick M. Cleary (P11962)
                                                      Attorney for Defendant
                                                      43494 Woodward Ave.
                                                      Suite 203
                                                      Bloomfield Hills, MI 48302
                                                      (248) 335-7890
                                                      pmclearyatlaw@aol.com